```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALMAN ASADULLAH,<br><br>    Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, Director, U.S. Citizenship and Immigration Services; MICHAEL MUELLER, Director of the Federal Bureau of Investigations; CHRISTINA POULOS, Acting Director fo the California Service Center,<br><br>    Defendants. | No. C 06-5607-MHP<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER; AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension of time within which the defendants must serve an answer to the complaint in the above-entitled action. The defendants will serve their answer on or before December 22, 2006.

STIPULATION TO EXTEND DEADLINE FOR ANSWER; AND [PROPOSED] ORDER
C 06-5607-MHP                               1

Date: December 4, 2006            Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: December 4, 2006            /s/
ROBERT L. VOLZ
Saad Ahmad & Associates
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 12/6/06

MARILYN HALL PATEL
United States District Judge

STIPULATION TO EXTEND DEADLINE FOR ANSWER; AND [PROPOSED] ORDER
C 06-5607-MHP      2