1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12
   SALMAN ASADULLAH,              )
13                                )
              Plaintiff,          )   C 06-5607-MHP
14                                )
         v.                       )
15                                )   **STIPULATION TO TRANSFER CASE;**
   ALBERTO GONZALES, Attorney General of ) **and [PROPOSED] ORDER**
16 the United States; MICHAEL CHERTOFF, )
   Secretary of the Department of Homeland )
17 Security; EDUARDO AGUIRRE, Director, )
   U.S. Citizenship and Immigration Service; )
18 MICHAEL MUELLER, Director of the Federal )
   Bureau of Investigations; CHRISTINA )
19 POULOS, Acting Director of the California )
   Service Center,                )
20                                )
              Defendants.         )
21 _____)

22     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to approval of the court, to transfer the above-entitled action to

24 the United States District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1631

25 because, after the filing of his application for naturalization with the United States Citizenship and

26 Immigration Services in San Jose, California, the plaintiff moved to Richardson, Texas, and the

27 plaintiff's application for naturalization was transferred to the United States Citizenship and

28 Immigration Services district office in Dallas, Texas under 8 C.F.R. § 335.9.

STIPULATION TO TRANSFER
C 06-5607-MHP                          1

1    If this Court rejects the parties' stipulation to transfer, the parties agree that the defendants shall
2    have 14 days from the Court's order within which to file their answer.
3    If this Court grants the parties' stipulation to transfer, the defendants shall have 60 days after
4    the case is docketed in the Northern District of Texas within which to file their answer.
5    Each of the parties shall bear their own costs and fees.

6    Dated: December 21, 2006                    Respectfully submitted,

7                                                KEVIN V. RYAN
                                                 United States Attorney
8

9
                                                 _____/s/_____
10                                               EDWARD A. OLSEN
                                                 Assistant United States Attorney
11                                               Attorneys for Defendants

12

13

14
                                                 _____/s/_____
15   Date: December 21, 2006                     ROBERT L. VOLZ
                                                 Attorney for Plaintiff
16

17

18
                                    **ORDER**
19
     Pursuant to stipulation, IT IS SO ORDERED.
20

21

22   Date:   12/27/06                            _____
                                                 MARILYN HALL PATEL
23                                               United States District Judge

24

25

26

27

28

STIPULATION TO TRANSFER
C 06-5607-MHP                                    2